## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION
### www.flsb.uscourts.gov

In re:

                                        Case No. 16-25518-RBR

EROL E. BROWN
DENISE A. SEALE-BROWN,

                                  Chapter 7

    Debtor.
_____/

### MULTIBANK 2009-1 VENTURE RES-ADC VENTURE, LLC'S OBJECTION TO DEBTORS' THIRD MOTION FOR EXTENSION OF TIME [ECF No. 20]

MULTIBANK 2009-1 VENTURE RES-ADC VENTURE, LLC ("Multibank") by undersigned counsel, files this Objection to the Debtors' Third Motion for Extension of Time, as follows:

1.      Debtors' chapter 13 case was filed on November 18, 2016 - **OVER THIRTY (30) DAYS AGO**.

2.      Today, Debtors filed their **Third** Motion to Extend Time to File their Bankruptcy Schedules and Plan [ECF No. 20].

3.      Multibank has waited since BEFORE Thanksgiving and now is expected to wait until AFTER Christmas until the Debtors get around to filing their schedules and Plan.

4.      This is completely unacceptable.

5.      This inexcusable delay **is prejudicial** to Multibank who wishes to take the Rule 2004 Examination but it makes no sense to do so until schedules and the Plan, are filed, if they are ever to be filed.

6.      This case should be dismissed.

Dated:  December 23, 2016      **LAW OFFICE OF MARK S. ROHER, P.A.**
*Counsel for Multibank*
5701 N. Pine Island Rd., Suite 301
Fort Lauderdale, Florida 33321
Email:  mroher@markroherlaw.com
Telephone:  (954) 353-2200
Facsimile:  (954) 724-5047

By:   */s/ Mark S. Roher*
      Mark S. Roher
      Florida Bar No. 178098

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 23rd day of December, 2016, a true and correct copy of

the foregoing was served by CM/ECF on all parties listed below.

*/s/ Mark S. Roher*
Mark S. Roher

Robert J. Bigge Jr., Esq on behalf of Debtor Erol E. Brown
brpa@biggerodriguez.com

Robert J. Bigge Jr., Esq on behalf of Joint Debtor Denise A. Seale-Brown
brpa@biggerodriguez.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Mark S. Roher, Esq. on behalf of Creditor Multibank 2009-1 RES-ADC Venture, LLC
mroher@markroherlaw.com,
ecf@markroherlaw.com,markroher@me.com,ecf2@markroherlaw.com

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com