## CHAPTER 13 PLAN (Individual Adjustment of Debts)

XX PLAN (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Erol & Denise Brown          Case No. 16-25518-BKC-RBR

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $424.23 for months 1 to 10;
    B.    $441.33 for months 11 to 60:  in order to pay the following creditors:

Administrative: Attorney's Fee - $3650.00  TOTAL PAID $1651.00
               Base Fee $3,500.00 plus $150.00, motion to avoid judicial lien: $525.00
               Balance Due $1999.00 payable $252.40 / mo. (Mos 1 to 10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Multibank 2009-1 RES-ADC Venture LLC        $10,586.98
790 NW 107th Ave. #400                          Payable: $133.27/mo (Mos 1 to 10)
Miami FL 33172                                 Payable: $185.09/mo (Mos 11 to 60)
*judgment creditor with recorded judgment lien

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

Priority Creditors: [as defined in 11 U.S.C. §507] - NONE

Unsecured Creditors: Pay $216.12/mo (11 to 60) Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:  Debtor to pay Bank of America 0107 & Chase 4328 directly.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Brown_
Debtor


_/s/ Brown_
Debtor


Dated:_____

LF-31 (rev. 01/08/10)