# United States Bankruptcy Court
## Southern District of Florida

In re: **Erol E. Brown / Denise A. Seale-Brown**, Debtor(s)

Case No. **16-25518**
Chapter **13**

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

■ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

☐ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of all payment advices **are not** attached because the debtor:
   ☐ receives disability payments
   ☐ is unemployed and does not receive unemployment compensation
   ☐ receives Social Security payments
   ☐ receives a pension
   ☐ does not work outside the home
   ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
   Explain: _____

**Joint Debtor (if applicable):**

☐ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

☐ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

■ Copies of payment advices **are not** attached because the joint debtor:
   ☐ receives disability payments
   ☐ is unemployed and does not receive unemployment compensation
   ☐ receives Social Security payments
   ☐ receives a pension
   ☐ does not work outside the home
   ■ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
   Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.*

| | | |
|---|---|---|
| **/s/ Erol E. Brown** | Date: | **December 27, 2016** |

**Erol E. Brown**
Signature of Attorney or Debtor

| | | |
|---|---|---|
| **/s/ Denise A. Seale-Brown** | Date: | **December 27, 2016** |

**Denise A. Seale-Brown**
Signature of Attorney or Joint Debtor



# COMCAST

Comcast Cable Communications Management LLC
One Comcast Center
Philadelphia, PA 19103
Phone:877-909-4748

| | |
|---|---|
| Name | : Brown, Erol E |
| Personnel No | : 10046728 |
| Exemptions | : 00 |
| Exemptions FL | : 00 |
| Cost Center | : 0168A10000 South Florida |
| Employee Type | : Hourly |
| Payroll Area | : Cable Central |
| Pay period | : 08/14/2016 to 08/27/2016 |
| Pay Date | : 09/02/2016 |
| Advice # | : 1004672800539001 |

| CURRENT AMOUNT | + | RETRO AMOUNT | - | PRE-TAX DEDUCTIONS | - | POST-TAX DEDUCTIONS | - | TAXES | = | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| 2,074.05 | | 0.00 | | 415.50- | | 541.57- | | 369.95- | | 747.03 |

## EARNINGS AND DEDUCTION DETAILS

| CATEGORY | Retro Hours | Retro Amount | Rate | Hours | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| Lump Sum Merit | | | | | | 1,766.63 |
| Quarterly Frontline Bonus | | | | | | 2,102.99 |
| Regular Pay - Hourly | | | 23.430 | 80.00 | 1,874.40 | 30,225.03 |
| Overtime Pay | | | 23.430 | 5.68 | 133.08 | 765.37 |
| *Overtime Premium | | | 11.720 | 5.68* | 66.57 | 406.86 |
| Vacation Pay | | | | | | 1,874.40 |
| Floating Holiday | | | | | | 92.68 |
| Flex Day | | | | | | 234.30 |
| Holiday Pay | | | | | | 930.96 |
| Award Day | | | | | | 120.02 |
| **TOTAL EARNINGS** | | | | 85.68 | 2,074.05 | 38,519.24 |
| **PRE-TAX DEDUCTIONS** | | | | | | |
| Medical | | | | | 267.84- | 4,553.28- |
| Dental | | | | | 17.76- | 301.92- |
| 401k pretax | | | 6.00 | | 124.44- | 2,311.15- |
| Vision | | | | | 5.46- | 92.82- |
| **TOTAL PRE-TAX DED** | | | | | 415.50- | 7,259.17- |
| **POST-TAX DEDUCTIONS** | | | | | | |
| 401K Loan | | | | | 427.25- | 7,690.50- |
| Spouse Life Insurance | | | | | 29.25- | 497.25- |
| Child Life Insurance | | | | | 0.68- | 11.56- |
| Child AD&D Insurance | | | | | 0.13- | 2.21- |
| Spouse AD&D Insurance | | | | | 1.30- | 22.10- |
| Supplemental Life Ins | | | | | 72.47- | 1,227.54- |
| Supplemental AD&D Ins | | | | | 3.08- | 52.16- |
| Supp LTD 60% | | | | | 7.41- | 125.57- |
| **TOTAL POST-TAX DED** | | | | | 541.57- | 9,628.89- |
| **TAXES** | | | | | | |
| Federal    Federal | | | | | | |
| TX Withholding Tax | | | | | 232.80- | 4,593.07- |
| TX EE Social Security Tax | | | | | 111.15- | 2,091.60- |
| TX EE Medicare Tax | | | | | 26.00- | 489.17- |
| **TOTAL TAXES** | | | | | 369.95- | 7,173.84- |
| **TAXABLE EVENTS** | | | | | | |
| Basic LTD 40% | | | | | 1.85 | 31.35 |
| Taxable GTL | | | | | 7.92 | 132.99 |
| **TOTAL TAXABLE EVENTS** | | | | | 9.77 | 164.34 |
| **DEDUCTIONS NOT TAKEN** | | | | | | |
| **TOTAL DED NOT TAKEN** | | | | | | |

### NET PAY DISTRIBUTION

xxxxxxxxx1789          747.03    Checking

* Premium Hours not included in total Absence and Attendance Hours          1 of 1



Comcast Cable Communications Management LLC
One Comcast Center
Philadelphia, PA 19103
Phone:877-909-4748

| | |
|---|---|
| Name | : Brown, Erol E |
| Personnel No | : 10046728 |
| Exemptions | : 00 |
| Exemptions FL | : 00 |
| Cost Center | : 0168A10000 South Florida |
| Employee Type | : Hourly |
| Payroll Area | : Cable Central |
| Pay period | : 08/28/2016 to 09/10/2016 |
| Pay Date | : 09/16/2016 |
| Advice # | : 1004672800540001 |

| CURRENT AMOUNT | + | RETRO AMOUNT | - | PRE-TAX DEDUCTIONS | - | POST-TAX DEDUCTIONS | - | TAXES | = | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,972.83 | | 0.00 | | 409.43- | | 541.57- | | 338.41- | | 683.42 |

### EARNINGS AND DEDUCTION DETAILS

| CATEGORY | Retro Hours | Retro Amount | Rate | Hours | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| Lump Sum Merit | | | | | | 1,766.63 |
| Quarterly Frontline Bonus | | | | | | 2,102.99 |
| Regular Pay - Hourly | | | 23.430 | 72.00 | 1,686.96 | 31,911.99 |
| Overtime Pay | | | 23.430 | 2.80 | 65.61 | 830.98 |
| *Overtime Premium | | | 11.720 | 2.80* | 32.82 | 439.68 |
| Vacation Pay | | | | | | 1,874.40 |
| Floating Holiday | | | | | | 92.68 |
| Flex Day | | | | | | 234.30 |
| Holiday Pay | | | 23.430 | 8.00 | 187.44 | 1,118.40 |
| Award Day | | | | | | 120.02 |
| **TOTAL EARNINGS** | | | | 82.80 | 1,972.83 | 40,492.07 |
| **PRE-TAX DEDUCTIONS** | | | | | | |
| Medical | | | | | 267.84- | 4,821.12- |
| Dental | | | | | 17.76- | 319.68- |
| 401k pretax | | | 6.00 | | 118.37- | 2,429.52- |
| Vision | | | | | 5.46- | 98.28- |
| **TOTAL PRE-TAX DED** | | | | | 409.43- | 7,668.60- |
| **POST-TAX DEDUCTIONS** | | | | | | |
| 401K Loan | | | | | 427.25- | 8,117.75- |
| Spouse Life Insurance | | | | | 29.25- | 526.50- |
| Child Life Insurance | | | | | 0.68- | 12.24- |
| Child AD&D Insurance | | | | | 0.13- | 2.34- |
| Spouse AD&D Insurance | | | | | 1.30- | 23.40- |
| Supplemental Life Ins | | | | | 72.47- | 1,300.01- |
| Supplemental AD&D Ins | | | | | 3.08- | 55.24- |
| Supp LTD 60% | | | | | 7.41- | 132.98- |
| **TOTAL POST-TAX DED** | | | | | 541.57- | 10,170.46- |
| **TAXES** | | | | | | |
| Federal       Federal | | | | | | |
| TX Withholding Tax | | | | | 209.01- | 4,802.08- |
| TX EE Social Security Tax | | | | | 104.88- | 2,196.48- |
| TX EE Medicare Tax | | | | | 24.52- | 513.69- |
| **TOTAL TAXES** | | | | | 338.41- | 7,512.25- |
| **TAXABLE EVENTS** | | | | | | |
| Basic LTD 40% | | | | | 1.85 | 33.20 |
| Taxable GTL | | | | | 7.92 | 140.91 |
| **TOTAL TAXABLE EVENTS** | | | | | 9.77 | 174.11 |
| **DEDUCTIONS NOT TAKEN** | | | | | | |
| **TOTAL DED NOT TAKEN** | | | | | | |

**NET PAY DISTRIBUTION**

xxxxxxxxx1789         683.42   Checking

* Premium Hours not included in total Absence and Attendance Hours       1 of 1



**COMCAST**

Comcast Cable Communications Management LLC
One Comcast Center
Philadelphia, PA 19103
Phone:877-909-4748

| | |
|---|---|
| Name | : Brown, Erol E |
| Personnel No | : 10046728 |
| Exemptions | : 00 |
| Exemptions FL | : 00 |
| Cost Center | : 0168A10000 South Florida |
| Employee Type | : Hourly |
| Payroll Area | : Cable Central |
| Pay period | : 09/11/2016 to 09/24/2016 |
| Pay Date | : 09/30/2016 |
| Advice # | : 1004672800541001 |

| CURRENT AMOUNT | + | RETRO AMOUNT | - | PRE-TAX DEDUCTIONS | - | POST-TAX DEDUCTIONS | - | TAXES | = | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,911.31 | | 0.00 | | 114.68- | | 427.25- | | 411.10- | | 958.28 |

### EARNINGS AND DEDUCTION DETAILS

| CATEGORY | Retro Hours | Retro Amount | Rate | Hours | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| Lump Sum Merit | | | | | | 1,766.63 |
| Quarterly Frontline Bonus | | | | | | 2,102.99 |
| Regular Pay - Hourly | | | 23.430 | 40.83 | 956.65 | 32,868.64 |
| Training | | | 23.430 | 5.17 | 121.13 | 121.13 |
| Overtime Pay | | | 23.430 | 1.05 | 24.60 | 855.58 |
| *Overtime Premium | | | 11.720 | 1.05* | 12.31 | 451.99 |
| Vacation Pay | | | | | | 1,874.40 |
| Floating Holiday | | | 23.430 | 20.00 | 468.60 | 561.28 |
| Flex Day | | | 23.430 | 14.00 | 328.02 | 562.32 |
| Holiday Pay | | | | | | 1,118.40 |
| Award Day | | | | | | 120.02 |
| **TOTAL EARNINGS** | | | | 81.05 | 1,911.31 | 42,403.38 |
| **PRE-TAX DEDUCTIONS** | | | | | | |
| Medical | | | | | | 4,821.12- |
| Dental | | | | | | 319.68- |
| 401k pretax | | | 6.00 | | 114.68- | 2,544.20- |
| Vision | | | | | | 98.28- |
| **TOTAL PRE-TAX DED** | | | | | 114.68- | 7,783.28- |
| **POST-TAX DEDUCTIONS** | | | | | | |
| 401K Loan | | | | | 427.25- | 8,545.00- |
| Spouse Life Insurance | | | | | | 526.50- |
| Child Life Insurance | | | | | | 12.24- |
| Child AD&D Insurance | | | | | | 2.34- |
| Spouse AD&D Insurance | | | | | | 23.40- |
| Supplemental Life Ins | | | | | | 1,300.01- |
| Supplemental AD&D Ins | | | | | | 55.24- |
| Supp LTD 60% | | | | | | 132.98- |
| **TOTAL POST-TAX DED** | | | | | 427.25- | 10,597.71- |
| **TAXES** | | | | | | |
| Federal | Federal | | | | | |
| TX Withholding Tax | | | | | 264.88- | 5,066.96- |
| TX EE Social Security Tax | | | | | 118.50- | 2,314.98- |
| TX EE Medicare Tax | | | | | 27.72- | 541.41- |
| **TOTAL TAXES** | | | | | 411.10- | 7,923.35- |
| **TAXABLE EVENTS** | | | | | | |
| TOTAL TAXABLE EVENTS | | | | | | |
| **DEDUCTIONS NOT TAKEN** | | | | | | |
| TOTAL DED NOT TAKEN | | | | | | |

**NET PAY DISTRIBUTION**

xxxxxxxxx1789       958.28   Checking

* Premium Hours not included in total Absence and Attendance Hours       1 of 1



Comcast Cable Communications Management LLC
One Comcast Center
Philadelphia, PA 19103
Phone:877-909-4748

```
Name            : Brown, Erol E
Personnel No    : 10046728
Exemptions      : 00
Exemptions FL   : 00
Cost Center     : 0168A10000 South Florida
Employee Type   : Hourly
Payroll Area    : Cable Central
Pay period      : 09/25/2016 to 10/08/2016
Pay Date        : 10/14/2016
Advice #        : 1004672800542001
```

| CURRENT AMOUNT | + | RETRO AMOUNT | - | PRE-TAX DEDUCTIONS | - | POST-TAX DEDUCTIONS | - | TAXES | = | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,952.57 | | 0.00 | | 408.21- | | 541.57- | | 332.10- | | 670.69 |

### EARNINGS AND DEDUCTION DETAILS

| CATEGORY | Retro Hours | Retro Amount | Rate | Hours | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| Lump Sum Merit | | | | | | 1,766.63 |
| Quarterly Frontline Bonus | | | | | | 2,102.99 |
| Regular Pay - Hourly | | | 23.430 | 65.50 | 1,534.67 | 34,403.31 |
| Training | | | | | | 121.13 |
| Overtime Pay | | | 23.430 | 2.13 | 49.91 | 905.49 |
| *Afternoon Shift Diff | | | 0.50 | 6.50* | 3.25 | 3.25 |
| *Overtime Premium | | | 11.760 | 1.00* | 11.76 | 476.99 |
| *Overtime Premium | | | 11.720 | 1.13* | 13.24 | |
| Vacation Pay | | | | | | 1,874.40 |
| Floating Holiday | | | | | | 561.28 |
| Flex Day | | | | | | 562.32 |
| Holiday Pay | | | | | | 1,118.40 |
| Award Day | | | 23.430 | 14.50 | 339.74 | 459.76 |
| **TOTAL EARNINGS** | | | | 82.13 | 1,952.57 | 44,355.95 |
| **PRE-TAX DEDUCTIONS** | | | | | | |
| Medical | | | | | 267.84- | 5,088.96- |
| Dental | | | | | 17.76- | 337.44- |
| 401k pretax | | | 6.00 | | 117.15- | 2,661.35- |
| Vision | | | | | 5.46- | 103.74- |
| **TOTAL PRE-TAX DED** | | | | | 408.21- | 8,191.49- |
| **POST-TAX DEDUCTIONS** | | | | | | |
| 401K Loan | | | | | 427.25- | 8,972.25- |
| Spouse Life Insurance | | | | | 29.25- | 555.75- |
| Child Life Insurance | | | | | 0.68- | 12.92- |
| Child AD&D Insurance | | | | | 0.13- | 2.47- |
| Spouse AD&D Insurance | | | | | 1.30- | 24.70- |
| Supplemental Life Ins | | | | | 72.47- | 1,372.48- |
| Supplemental AD&D Ins | | | | | 3.08- | 58.32- |
| Supp LTD 60% | | | | | 7.41- | 140.39- |
| **TOTAL POST-TAX DED** | | | | | 541.57- | 11,139.28- |
| **TAXES** | | | | | | |
| Federal      Federal | | | | | | |
| TX Withholding Tax | | | | | 204.25- | 5,271.21- |
| TX EE Social Security Tax | | | | | 103.62- | 2,418.60- |
| TX EE Medicare Tax | | | | | 24.23- | 565.64- |
| **TOTAL TAXES** | | | | | 332.10- | 8,255.45- |
| **TAXABLE EVENTS** | | | | | | |
| Basic LTD 40% | | | | | 1.85 | 35.05 |
| Taxable GTL | | | | | 7.92 | 148.83 |
| **TOTAL TAXABLE EVENTS** | | | | | 9.77 | 183.88 |
| **DEDUCTIONS NOT TAKEN** | | | | | | |
| **TOTAL DED NOT TAKEN** | | | | | | |

* Premium Hours not included in total Absence and Attendance Hours     1 of 2



**COMCAST**

Comcast Cable Communications Management LLC
One Comcast Center
Philadelphia, PA 19103
Phone:877-909-4748

```
Name            : Brown, Erol E
Personnel No    : 10046728
Exemptions      : 00
Exemptions FL   : 00
Cost Center     : 0168A10000 South Florida
Employee Type   : Hourly
Payroll Area    : Cable Central
Pay period      : 09/25/2016 to 10/08/2016
Pay Date        : 10/14/2016
Advice #        : 10046728000542001
```

## NET PAY DISTRIBUTION

xxxxxxxxx1789                 670.69   Checking

* Premium Hours not included in total Absence and Attendance Hours          2 of 2



Comcast Cable Communications Management LLC
One Comcast Center
Philadelphia, PA 19103
Phone:877-909-4748

| Name | : Brown, Erol E |
|---|---|
| Personnel No | : 10046728 |
| Exemptions | : 00 |
| Exemptions FL | : 00 |
| Cost Center | : 0168A10000 South Florida |
| Employee Type | : Hourly |
| Payroll Area | : Cable Central |
| Pay period | : 10/09/2016 to 10/22/2016 |
| Pay Date | : 10/28/2016 |
| Advice # | : 1004672800548001 |

| CURRENT AMOUNT | + | RETRO AMOUNT | - | PRE-TAX DEDUCTIONS | - | POST-TAX DEDUCTIONS | - | TAXES | = | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| 2,720.96 | | 0.00 | | 454.32- | | 541.57- | | 576.39- | | 1,148.68 |

### EARNINGS AND DEDUCTION DETAILS

| CATEGORY | Retro Hours | Retro Amount | Rate | Hours | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| Lump Sum Merit | | | | | | 1,766.63 |
| Quarterly Frontline Bonus | | | | | 791.02 | 2,894.01 |
| Regular Pay - Hourly | | | 23.430 | 80.00 | 1,874.40 | 36,277.71 |
| Training | | | | | | 121.13 |
| Overtime Pay | | | 23.430 | 1.58 | 37.02 | 942.51 |
| Afternoon Shift Diff | | | | | | 3.25 |
| *Overtime Premium | | | 11.720 | 1.58* | 18.52 | 495.51 |
| Vacation Pay | | | | | | 1,874.40 |
| Floating Holiday | | | | | | 561.28 |
| Flex Day | | | | | | 562.32 |
| Holiday Pay | | | | | | 1,118.40 |
| Award Day | | | | | | 459.76 |
| **TOTAL EARNINGS** | | | | 81.58 | 2,720.96 | 47,076.91 |
| **PRE-TAX DEDUCTIONS** | | | | | | |
| Medical | | | | | 267.84- | 5,356.80- |
| Dental | | | | | 17.76- | 355.20- |
| 401k pretax | | | 6.00 | | 163.26- | 2,824.61- |
| Vision | | | | | 5.46- | 109.20- |
| **TOTAL PRE-TAX DED** | | | | | 454.32- | 8,645.81- |
| **POST-TAX DEDUCTIONS** | | | | | | |
| 401K Loan | | | | | 427.25- | 9,399.50- |
| Spouse Life Insurance | | | | | 29.25- | 585.00- |
| Child Life Insurance | | | | | 0.68- | 13.60- |
| Child AD&D Insurance | | | | | 0.13- | 2.60- |
| Spouse AD&D Insurance | | | | | 1.30- | 26.00- |
| Supplemental Life Ins | | | | | 72.47- | 1,444.95- |
| Supplemental AD&D Ins | | | | | 3.08- | 61.40- |
| Supp LTD 60% | | | | | 7.41- | 147.80- |
| **TOTAL POST-TAX DED** | | | | | 541.57- | 11,680.85- |
| **TAXES** | | | | | | |
| Federal | Federal | | | | | |
| TX Withholding Tax | | | | | 389.75- | 5,660.96- |
| TX EE Social Security Tax | | | | | 151.26- | 2,569.86- |
| TX EE Medicare Tax | | | | | 35.38- | 601.02- |
| **TOTAL TAXES** | | | | | 576.39- | 8,831.84- |
| **TAXABLE EVENTS** | | | | | | |
| Basic LTD 40% | | | | | 1.85 | 36.90 |
| Taxable GTL | | | | | 7.92 | 156.75 |
| **TOTAL TAXABLE EVENTS** | | | | | 9.77 | 193.65 |
| **DEDUCTIONS NOT TAKEN** | | | | | | |
| **TOTAL DED NOT TAKEN** | | | | | | |

* Premium Hours not included in total Absence and Attendance Hours        1 of 2



Comcast Cable Communications Management LLC
One Comcast Center
Philadelphia, PA 19103
Phone:877-909-4748

| | |
|---|---|
| Name | : Brown, Erol E |
| Personnel No | : 10046728 |
| Exemptions | : 00 |
| Exemptions FL | : 00 |
| Cost Center | : 0168A10000 South Florida |
| Employee Type | : Hourly |
| Payroll Area | : Cable Central |
| Pay period | : 10/09/2016 to 10/22/2016 |
| Pay Date | : 10/28/2016 |
| Advice # | : 10046728000548001 |

**NET PAY DISTRIBUTION**

| | | |
|---|---|---|
| xxxxxxxxx1789 | 1,148.68 | Checking |

\* Premium Hours not included in total Absence and Attendance Hours    2 of 2



**COMCAST**

Comcast Cable Communications Management LLC
One Comcast Center
Philadelphia, PA 19103
Phone:877-909-4748

| | |
|---|---|
| Name | : Brown, Erol E |
| Personnel No | : 10046728 |
| Exemptions | : 00 |
| Exemptions FL | : 00 |
| Cost Center | : 0168A10000 South Florida |
| Employee Type | : Hourly |
| Payroll Area | : Cable Central |
| Pay period | : 10/23/2016 to 11/05/2016 |
| Pay Date | : 11/10/2016 |
| Advice # | : 1004672800549001 |

| CURRENT AMOUNT | + | RETRO AMOUNT | - | PRE-TAX DEDUCTIONS | - | POST-TAX DEDUCTIONS | - | TAXES | = | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,932.40 | | 0.00 | | 407.00- | | 944.21- | | 325.82- | | 255.37 |

### EARNINGS AND DEDUCTION DETAILS

| CATEGORY | Retro Hours | Retro Amount | Rate | Hours | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| Lump Sum Merit | | | | | | 1,766.63 |
| Quarterly Frontline Bonus | | | | | | 2,894.01 |
| Regular Pay - Hourly | | | 23.430 | 70.00 | 1,640.10 | 37,917.81 |
| Training | | | | | | 121.13 |
| Overtime Pay | | | 23.430 | 1.65 | 38.66 | 981.17 |
| Afternoon Shift Diff | | | | | | 3.25 |
| *Overtime Premium | | | 11.720 | 1.65* | 19.34 | 514.85 |
| Vacation Pay | | | 23.430 | 10.00 | 234.30 | 2,108.70 |
| Floating Holiday | | | | | | 561.28 |
| Flex Day | | | | | | 562.32 |
| Holiday Pay | | | | | | 1,118.40 |
| Award Day | | | | | | 459.76 |
| **TOTAL EARNINGS** | | | | 81.65 | 1,932.40 | 49,009.31 |
| **PRE-TAX DEDUCTIONS** | | | | | | |
| Medical | | | | | 267.84- | 5,624.64- |
| Dental | | | | | 17.76- | 372.96- |
| 401k pretax | | | 6.00 | | 115.94- | 2,940.55- |
| Vision | | | | | 5.46- | 114.66- |
| **TOTAL PRE-TAX DED** | | | | | 407.00- | 9,052.81- |
| **POST-TAX DEDUCTIONS** | | | | | | |
| Garnishment Creditor | | | | | 401.64- | 401.64- |
| Garnishment Admin Fee | | | | | 1.00- | 1.00- |
| 401K Loan | | | | | 427.25- | 9,826.75- |
| Spouse Life Insurance | | | | | 29.25- | 614.25- |
| Child Life Insurance | | | | | 0.68- | 14.28- |
| Child AD&D Insurance | | | | | 0.13- | 2.73- |
| Spouse AD&D Insurance | | | | | 1.30- | 27.30- |
| Supplemental Life Ins | | | | | 72.47- | 1,517.42- |
| Supplemental AD&D Ins | | | | | 3.08- | 64.48- |
| Supp LTD 60% | | | | | 7.41- | 155.21- |
| **TOTAL POST-TAX DED** | | | | | 944.21- | 12,625.06- |
| **TAXES** | | | | | | |
| **Federal**      Federal | | | | | | |
| TX Withholding Tax | | | | | 199.51- | 5,860.47- |
| TX EE Social Security Tax | | | | | 102.37- | 2,672.23- |
| TX EE Medicare Tax | | | | | 23.94- | 624.96- |
| **TOTAL TAXES** | | | | | 325.82- | 9,157.66- |
| **TAXABLE EVENTS** | | | | | | |
| Basic LTD 40% | | | | | 1.85 | 38.75 |
| Taxable GTL | | | | | 7.92 | 164.67 |
| **TOTAL TAXABLE EVENTS** | | | | | 9.77 | 203.42 |

* Premium Hours not included in total Absence and Attendance Hours       1 of 2



Comcast Cable Communications Management LLC
One Comcast Center
Philadelphia, PA 19103
Phone:877-909-4748

| | |
|---|---|
| Name | : Brown, Erol E |
| Personnel No | : 10046728 |
| Exemptions | : 00 |
| Exemptions FL | : 00 |
| Cost Center | : 0168A10000 South Florida |
| Employee Type | : Hourly |
| Payroll Area | : Cable Central |
| Pay period | : 10/23/2016 to 11/05/2016 |
| Pay Date | : 11/10/2016 |
| Advice # | : 1004672800549001 |

**DEDUCTIONS NOT TAKEN**

TOTAL DED NOT TAKEN

**NET PAY DISTRIBUTION**

xxxxxxxxx1789          255.37   Checking

\* Premium Hours not included in total Absence and Attendance Hours          2 of 2